William J. McGahie, Respondent, v. Sarah E. Fahrenholz, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frank McGuirk, Respondent, v. Carsten Offerman Coal Company, Appellant. — Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Jacob G. Miller, Respondent, v. Charles Jacob and C. Albert Jacob, Appellants. — Judgment and order affirmed, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Michael Monahan, Respondent, v. Thompson-Starrett Company, Appellant, Impleaded with The Wells & Newton Company, Defendant.— Judgment and order affirmed, with costs. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Augustus Mott, Respondent, v. Katharine S. Mott, Appellant.— Order affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Murray Hill Iron Works Company, Respondent, v. Hanover Theater Company and William H. Reynolds, Appellants, Impleaded with United States Foundry and Sales Company and Others.— Judgment affirmed, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Bernard Nadler and Israel Cohen, Appellants, v. Morris Gordon and Nathan Blum, Respondents. (Actions 1 and 2.)—Judgments of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Sarah Neary, as Administratrix, etc., of Michael Neary, Deceased, Appellant, v. The Citizens' Railroad, Light and Power Company, Respondent.— Order affirmed, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Morris Novitz, Respondent, v. Joseph Levinson, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

John Olson and William Olson, Doing Business under the Firm Name of Olson Brothers, Appellants, v. Laura M. Miles, Respondent.— Judgment and orders affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Antonio Paturzo, Respondent, v. Matteo Verone and Marianna Verone, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

John J. Paulus, Respondent, v. George K. Horton, Appellant.— Judgment of the County Court of Dutchess county affirmed, without costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Herman Kronenberg, Appellant.— Judgment of the Court of Special Sessions affirmed. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.